```
                              United States Bankruptcy Court
                              Northern District of California
In re:                                                              Case No. 16-50042-MEH
Viktoria Thao Le                                                    Chapter 13
         Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0971-5         User: nortiz              Page 1 of 1              Date Rcvd: Mar 16, 2016
                             Form ID: pdfeo            Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2016.
db            +Viktoria Thao Le,   1029 Summerfield Dr.,   San Jose, CA 95121-2352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                    TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2016                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2016 at the address(es) listed below:
              Devin Derham-Burk    ctdocs@ch13sj.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
              W. Kirk Moore    on behalf of Debtor Viktoria Thao Le wkmoore@bayareabk.com,
               bayareabkecf@gmail.com
                                                                                         TOTAL: 3

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

The following constitutes
the order of the court. Signed March 16, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In Re: ) Chapter 13
)
VIKTORIA THAO LE )
) Case No. 16-50042 MEH
)
Debtor ) **ORDER CONFIRMING PLAN**

 The Debtor filed an Amended Plan under Chapter 13 of the Bankruptcy Code on February 24, 2016, a copy of which was served on creditors. After hearing on notice on March 11, 2016, the Court finds that the Plan complies with 11 U.S.C. § 1325(a), and other applicable bankruptcy laws, rules and procedures.

 THEREFORE, IT IS ORDERED THAT:

1. The Debtor's Amended Plan filed on February 24, 2016 is confirmed.

2. The future income of the Debtor shall be submitted to the supervision and control of DEVIN DERHAM-BURK, Trustee herein, as is necessary for the execution of the Plan.

3. Any creditor whose claim is entirely disallowed by final non-appealable order, and any creditor listed in the Debtor's original Schedules that has not filed a proof of claim by the claims bar date need not be served with notice of any subsequent action in this case by the Debtor or the Trustee, unless such creditor files a request for special notice with the

Court, and serves such request on the Trustee and Debtor's attorney. Notwithstanding the above, if any proposed action would directly and adversely impact a creditor, that creditor must be given notice of any motion or application.

4. Until the Plan is completed, or until the case is dismissed or converted to a different chapter of the Bankruptcy Code, the Debtor shall pay, pursuant to the terms of the Plan, to the Trustee the sum of: $250.00

no later than the last day of each month, at PO BOX 50009, SAN JOSE, CA 95150-0009

5. If the Debtor fails to timely tender a payment as set forth above, the Plan shall be considered in default. Upon written notice of default by the Trustee, the Debtor shall, within twenty-one (21) days of said notice: 1) cure the default; 2) meet and confer with the Trustee and enter into an agreement resolving the default in a manner acceptable to the Trustee; OR 3) file and serve a Motion to Modify Plan which shall propose terms under which the Plan is not in default and which shall provide for Plan completion within sixty (60) months after the time that the first payment under the original plan was due.

6. Except as otherwise provided in the Plan or in the Order Confirming Plan, the Trustee shall make payments to creditors under the Plan.

\* \* \* END OF ORDER \* \* \*

# COURT SERVICE LIST

Case Name: VIKTORIA THAO LE                              Case No.: 16-50042 MEH

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE