```
                        United States Bankruptcy Court
                        Northern District of California
In re:                                                      Case No. 16-50042-MEH
Viktoria Thao Le                                            Chapter 13
        Debtor
                          CERTIFICATE OF NOTICE
District/off: 0971-5         User: nortiz          Page 1 of 1        Date Rcvd: Mar 16, 2016
                             Form ID: pdfeoc       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 18, 2016.
db              +Viktoria Thao Le,    1029 Summerfield Dr.,    San Jose, CA 95121-2352

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2016                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2016 at the address(es) listed below:
              Devin   Derham-Burk    ctdocs@ch13sj.com
              Office of the U.S. Trustee / SJ    USTPRegion17.SJ.ECF@usdoj.gov, ltroxas@hotmail.com
              W. Kirk Moore    on behalf of Debtor Viktoria Thao Le wkmoore@bayareabk.com,
               bayareabkecf@gmail.com
                                                                                             TOTAL: 3

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

The following constitutes
the order of the court. Signed March 16, 2016

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

In Re:                                    )   Chapter 13
                                          )
VIKTORIA THAO LE                          )   Case No. 16-50042 MEH
                                          )
                                          )   **ORDER APPROVING**
                                          )   **COMPENSATION**
_____Debtor_____)

LAW OFFICES OF W KIRK MOORE has filed an Application for Compensation with Declaration pursuant to the "Guidelines for Payment of Attorney's Fees in Chapter 13 Cases" ("Application"). Pursuant to the Application, attorney's fees in the amount of $4,600.00 are approved, of which $417.00 has been previously paid.

*** END OF ORDER ***

## COURT SERVICE LIST

Case Name: VIKTORIA THAO LE                             Case No.: 16-50042 MEH

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

VIKTORIA THAO LE
1029 SUMMERFIELD DR
SAN JOSE, CA  95121