W. Kirk Moore, Esq. SBN 244764
586 N. First St. Ste. 202
San Jose, CA 95112
408-998-1846
408-583-4063 (fax)

Attorney for Debtor(s)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re:                                ) Case No: 16-50042 MEH13
Viktoria Le,                          ) Chapter 13
                                      )
       Debtor(s)            ) Notice of Change of Address of Debtor(s)
                                      )
_____)

NOTICE IS HEREBY GIVEN that the Debtor's new address is as follows:

**2612 Glen Harwick Ct**
**San Jose, CA 95148**

Dated December 18, 2017

                                                                   /s/ W. Kirk Moore
                                                                   W. Kirk Moore

**CERTIFICATE OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF Santa Clara,**
      I am a resident of the County aforesaid; I am over the age of 18 and not a party to the within case. My business address is 586 N. First Street, #202, San Jose, CA 95112. On December 18, 2017, I electronically filed this Notice of Debtor's Change of Address and it was electronically served to the following parties: **Devin Derham-Burk, Chapter 13 Trustee and the United States Trustee, San Jose, California.**

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
                                         Dated this December 18, 2017

                                                  /s/ Grace Orozco
                                                  Grace Orozco