DEVIN DERHAM-BURK, #104353
CHAPTER 13 STANDING TRUSTEE
DEVIN L. PACE #256514
NANETTE DUMAS #148261
JANE Z. BOHRER #243692
P.O. BOX 50013
SAN JOSE, CA 95150-0013

TELEPHONE: (408) 354-4413
FACSIMILE: (408) 354-5513

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

IN RE:

VIKTORIA THAO LE,

Debtor.

CHAPTER 13 CASE NO. 16-50042 MEH

**WITHDRAWAL OF MOTION BY TRUSTEE TO MODIFY DEBTOR'S CHAPTER 13 PLAN**
(with attached Certificate of Service)

Date: none set
Time none set
Judge: Hon. M. Elaine Hammond

    Devin Derham-Burk, Chapter 13 Standing Trustee, hereby withdraws the Motion By Trustee To Modify Debtor's Chapter 13 Plan, filed December 11, 2017 [Docket #19].

December 21, 2017                    Respectfully submitted,

                                   /s/ Nanette Dumas
                                   Staff Attorney for Devin Derham-Burk

# CERTIFICATE OF SERVICE BY MAIL
**[B.R. 7005, F.R.C.P. 5, B.L.R. 9013-3(c)]**

I am not less than 18 years of age and not a party to the within case. My business address is 983 University Avenue, Los Gatos, California. I am familiar with the processing of correspondence for mailing with the United States Postal Service. Correspondence placed in the internal mail collection system at the Office of Devin Derham-Burk, Chapter 13 Standing Trustee is deposited with the United States Postal Service that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit. On December 21, 2017 a true and accurate photo-copy of the following described document,

**WITHDRAWAL OF MOTION BY TRUSTEE TO MODIFY DEBTORS' CHAPTER 13 PLAN**

was placed for service, in the Trustee's internal mail collection system, in a sealed envelope to be delivered by mail with the United States Postal Service with postage prepaid, postage addressed as follows:

| DEBTOR | COUNSEL FOR DEBTOR |
|---|---|
| **Viktoria Thao Le**<br>2612 Glen Harwick Ct<br>San Jose, CA 95148 | **W Kirk Moore, Esq.**<br>Law Offices of W. Kirk Moore<br>586 N. First St. #202<br>San Jose, CA 95112 |

I declare under penalty of perjury under the laws of the United States of America and of the State of California that the foregoing is true and correct and that this declaration was executed on December 21, 2017 at Los Gatos, California.

/s/ Nanette Dumas