**Entered on Docket
September 18, 2018**
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



1  DEVIN DERHAM-BURK #104353
   CHAPTER 13 STANDING TRUSTEE
2  DEVIN L. PACE #256514
   NANETTE DUMAS #148261
3  JANE Z. BOHRER #243692
   P. O. Box 50013
4  San Jose, CA 95150-0013

5  Telephone: (408) 354-4413
   Facsimile:  (408) 354-5513

The following constitutes
the order of the court. Signed September 17, 2018

_M. Elaine Hammond_
_____
M. Elaine Hammond
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

| | |
|---|---|
| IN RE: | CASE NO. 16-50042 MEH |
| | CHAPTER 13 |
| VIKTORIA THAO LE, | |
| | ORDER MODIFYING CONFIRMED CHAPTER 13 PLAN |
| | Date:  None set |
| | Time:  None set |
| | Judge: Hon. M. Elaine Hammond |
| Debtor. | |

    Devin Derham-Burk, the Chapter 13 Standing Trustee ("Trustee"), filed and served a Motion to Modify Debtor's Chapter 13 Plan ("Motion") on August 21, 2018. On that same day, Trustee filed and served a Notice and Opportunity for Hearing on the Motion in compliance with Bankruptcy Local Rule 9014-1(b)(3). Due notice being given, no opposition having been filed, and the Trustee having provided evidence and legal authority in support of the requested plan

modification, the Trustee has requested relief by default. The Court having considered all pleadings and evidence before it, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The Trustee's Motion is granted for the reasons stated in the Motion.

2. Debtor's chapter 13 Plan is modified as follows: Section 2(d) is amended to change the dividend payable to general unsecured creditors from a percentage plan at 0% to a pot plan with a pot of $15,040.00 to be distributed pro rata, in amounts determined after allowed administrative, secured and priority unsecured claims are paid. Debtor shall continue to make payments of $250.00 per month, effective September 2018, to fund the pot amount.

3. All other terms of the originally confirmed Plan remain the same.

**\*\*\*END OF ORDER\*\*\***

**Case No. 16-50042 MEH**

## COURT SERVICE LIST

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

**None**